UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff, Case No. 3:26-cr-8

vs.

ANTON HURSTON, District Judge Michael J. Newman

Defendant.

---

**ORDER: (1) GRANTING THE GOVERNMENT'S UNOPPOSED MOTION TO DISMISS THE INDICTMENT; (2) ORDERING THE INDICTMENT DISMISSED WITH PREJUDICE; AND (3) TERMINATING THIS CASE ON THE DOCKET**

---

On October 27, 2026, pursuant to Federal Rule of Criminal Procedure 48(a), the Government filed an unopposed motion to dismiss the indictment with prejudice. Doc. No. 39. Because the Government's motion is unopposed and for good cause shown, the motion is **GRANTED**. The Court hereby **ORDERS** the indictment dismissed with prejudice. This case is **TERMINATED** on the docket.

**IT IS SO ORDERED.**

October 28, 2026 s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge